EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0153HG |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEPARTURE DOWNWARD |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | |
| | ) | |
| GORDON LEE COX, II, | ) | Sentencing date: 6/29/06 at |
| | ) | 1:30 p.m., before the Hon. |
| Defendant. | ) | Helen Gillmor, Chief U.S. |
| _____ | ) | District Judge |

                  **MOTION FOR DOWNWARD DEPARTURE**
                    **IN SENTENCING DEFENDANT**

     The United States of America, by and through its undersigned

counsel, hereby moves this Honorable Court to depart downwards in

imposing sentence upon defendant above-named, due to his

substantial assistance to and cooperation with law enforcement

authorities in the investigation or prosecution of other persons

who have committed an offense.

This motion is made pursuant to 18 U.S.C. 3553(e) and U.S. Sentencing Commission Guideline 5K1.1, and is based upon the information contained in the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently herewith.

DATED:  Honolulu, Hawaii, June 13, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Michael K. Kawahara
   MICHAEL K. KAWAHARA
   Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Mr. Myles S. Breiner    mbreiner@hawaii.rr.com    June 13, 2006

   Attorney for Defendant
   Gordon Lee Cox

Served by hand-delivery:

Probation Officer                              June 13, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                    /s/ Rowena N. Kang