ORIGINAL

MYLES S. BREINER  4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii  96813
Telephone:  526-3426

Attorney for Defendant
GORDON LEE COX, II

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 6 2006

at __ll__ o'clock and __3__ min. __A__ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GORDON LEE COX, II,<br><br>    Defendant.<br><br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cr. No. 05-00153 HG<br><br>PETITION TO SUBPOENA SPECIAL<br>AGENT LAWRENCE F. PERALTA<br>AND PURSUANT TO 28 C.F.R. §16.22;<br>DECLARATION OF COUNSEL;<br>CERTIFICATE OF SERVICE<br><br>Date  :<br>Time  :<br>Judge  : |

### PETITION TO SUBPOENA SPECIAL AGENT LAWRENCE F. PERALTA
PURSUANT TO 28 C.F.R. §16.22

Defendant GORDON LEE COX, by and through his attorney, MYLES S.

BREINER, does hereby moves the United States Attorney pursuant to 28 C.F.R. §16.22 to

permit Special Agent Lawrence F. Peralta to testify on Friday, the 7th day of July, 2006, at 11

o'clock a.m. before the Honorable Helen Gillmor Chief U.S. District Judge , United States

District Court for the District of Hawaii, in her courtroom in the United States Courthouse

Building, 300 Ala Moana Boulevard, Honolulu, Hawaii at the hearing on the Government's

Motion for Downward Departure, and answer such questions set forth in the attached

Declaration of Counsel.

Dated:        Honolulu, Hawaii _____6/26_____, 2006.

_____
MYLES S. BREINER

Attorney for Defendant
GORDON LEE COX, II