IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00153 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DECLARATION OF COUNSEL |
| GORDON LEE COX, II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF COUNSEL

I, MYLES S. BREINER, declare as follows:

1. I am the attorney of record for Defendant Gordon Lee Cox.

2. Defendant Gordon Lee Cox is set to be sentenced on Friday, July 7, 2006, before the Hon. Helen Gillmor, Chief U.S. District Judge for the District of Hawaii.

3. Following Defendant's arrest in February 2005, he proactively cooperated with the Government in numerous criminal investigations while under the immediate supervision of Special Agents Lawrence Peralta and Roel Gapusan.

4. On or about June 13, 2006, the Government filed a Motion for Downward Departure and an accompanying "Factual Basis" under seal, outlining Defendant's cooperation in a number of major federal criminal investigations, recommending a downward departure to a range between 262 months (21.8 years) and 327 months (27.25 years).

5. On or about June 14, , 2006, Defendant filed a "Sentencing Memorandum" under seal, substantially at variance with the Government's Motion for Downward Departure, outlining the extent of his proactive cooperation and the factual basis for a recommended departure to a range

of 120 months (10 years) to 150 months (12.5 years).

6. Defendant seeks to compel the sworn testimony of Special Agents Lawrence Peralta and Roel Gapusan because of their personal knowledge and familiarity with Defendant's case, the extent of his proactive cooperation, the importance of that cooperation on other related investigations, and why the Government's recommended departure does not reflect the true value and significance of his substantial assistance.

7. Finally, Defendant requests the testimony of Special Agents Lawrence Peralta and Roel Gapusan, in order to assist the Court in fashioning a fair and just sentence, and in support of Defendant's recommendation for a significant downward departure in excess of the Government's recommended 21 years.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on _____6/26_____, 2006.

_____
MYLES S. BREINER