## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party via **hand delivery** on _____, 2006.

    TO:    MICHAEL K. KAWAHARA
                   Assistant U.S. Attorney
                   Office of the U.S. Attorney
                   6100 PJKK Federal Building
                   300 Ala Moana Boulevard
                   Honolulu, Hawaii  96813

Dated:     Honolulu, Hawaii   6/26  , 2006.

                                                      MYLES S. BREINER