MYLES S. BREINER  4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii 96813
Telephone: 526-3426

Attorney for Defendant
GORDON LEE COX, II

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 6 2006

at 11 o'clock and 13 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00153 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | PETITION TO SUBPOENA SPECIAL |
| v. | ) | AGENT ROEL GAPUSAN PURSUANT |
| | ) | TO 28 C.F.R. §16.22; DECLARATION OF |
| GORDON LEE COX, II, | ) | COUNSEL; CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | Date : |
| | ) | Time : |
| | ) | Judge : |
| | ) | |
| _____ | ) | |

PETITION TO SUBPOENA SPECIAL AGENT ROEL GAPUSAN
PURSUANT TO 28 C.F.R. §16.22

Defendant GORDON LEE COX, by and through his attorney, MYLES S. BREINER, does hereby moves the United States Attorney pursuant to 28 C.F.R. §16.22 to permit Special Agent Lawrence F. Peralta to testify on Friday, the 7th day of July, 2006, at 11 o'clock a.m. before the Honorable Helen Gillmor Chief U.S. District Judge, United States District Court for the District of Hawaii, in her courtroom in the United States Courthouse Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at the hearing on the Government's Motion for Downward Departure, and answer such questions set forth in the attached

Declaration of Counsel.

    Dated:    Honolulu, Hawaii __6/26__, 2006.

_____
MYLES S. BREINER

Attorney for Defendant
GORDON LEE COX, II