ORIGINAL

EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  (2286)
Assistant U.S. Attorney

MICHAEL K. KAWAHARA  (1460)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>    vs.                       )<br>                              )<br>GORDON LEE COX, II,           )<br>                              )<br>            Defendant.        )<br>_____) | CR. NO. 05-00153 HG<br><br>ORDER TO VACATE PRELIMINARY<br>ORDER OF FORFEITURE |

ORDER TO VACATE PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on August 12, 2005, this Court entered a Preliminary Order of Forfeiture, which ordered the forfeiture of Defendant Gordon Lee Cox, II's interest in the following properties:

(A)  $1,023,313.00 in U.S. Currency (which is currently in the Government's custody);

(B)  One (1) 2001 Chevy two-door Camaro automobile, bearing Hawaii License Plate Number MHB-019, and Vehicle

        Identification Number 2G1FP22G012129859 (hereinafter the "2001 Chevy Camaro"); and

(C)  One (1) 1998 Ford two-door Mustang automobile, bearing Hawaii License Plate Number JZF-020 and Vehicle Identification Number 1FAFP42X6WF134448 (hereinafter the "1998 Ford Mustang"); and

WHEREAS, it has subsequently been discovered that the United States Drug Enforcement Administration ("DEA") had forfeited the assets in related administrative forfeiture proceedings:

1.   $1,023,313.00 in United States currency (which is currently in the Government's custody) was administratively forfeited as follows:

(a)  $257,730.00 (DEA Asset I.D. No. 05-DEA-448985) was administratively forfeited on July 26, 2005;

(b)  $369,157.00 (DEA Asset I.D. No. 05-DEA-449036) was administratively forfeited on July 26, 2005;

(c)  $251,066.00 (DEA Asset I.D. No. 05-DEA-448906) was administratively forfeited on August 2, 2005;

(d)  $8,184.00 (DEA Asset I.D. No. 05-DEA-448926) was administratively forfeited on August 4, 2005;

(e)  $65,191.00 (DEA Asset I.D. No. 05-DEA-448924) was administratively forfeited on August 5, 2005; and

(f)  $71,985.00 (DEA Asset I.D. No. 05-DEA-448907) was administratively Forfeited on September 21, 2005.

2.  The 2001 Chevy Camaro (DEA Asset I.D. No. 05-DEA-448860) was administratively forfeited on August 5, 2005.

3.  The 1998 Ford Mustang (DEA Asset I.D. No. 05-DEA-448916) was administratively forfeited on August 5, 2005.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Preliminary Order of Forfeiture entered herein on August 12, 2005, is vacated.

DATED: 7-7-06, at Honolulu, Hawaii.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MICHAEL K. KAWAHARA
Assistant U. S. Attorney

_____
MYLES S. BREINER
Attorney for Defendant
Gordon Lee Cox, II

USA v. GORDON LEE COX, II; Cr. No. 05-00153 HG; "Order to vacate Preliminary Order of Forfeiture"