EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI     #2286
Chief, Organized Crime &
 Narcotics Section

MICHAEL K. KAWAHARA      #1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2850
Mike.Kawahara@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0153HG |
| | ) | |
| Plaintiff, | ) | MOTION FOR REDUCTION OF |
| | ) | DEFENDANT'S SENTENCE FOR |
| vs. | ) | SUBSTANTIAL ASSISTANCE |
| | ) | PURSUANT TO F.R.Cr.P. 35(b) |
| GORDON LEE COX, II, | ) | |
| | ) | (Non-hearing motion) |
| Defendant. | ) | |
| _____ | ) | |

**MOTION FOR REDUCTION OF DEFENDANT'S
SENTENCE FOR SUBSTANTIAL ASSISTANCE
PURSUANT TO F.R.CR.P. 35(b)**

The United States of America, by and through its undersigned counsel, hereby makes this motion for reduction of the sentence previously imposed upon defendant Gordon Lee Cox, II, pursuant to F.R.Cr.P. 35(b).

Under said Rule, this Court upon motion of the United States may, in its discretion, reduce a defendant's adjudged sentence to reflect his subsequent, substantial assistance in the

investigation or prosecution of another person who has committed an offense.  Defendant above-named was previously sentenced by this Court within one year of the filing date of this motion.

This motion is based upon the sealed "Factual Basis in Support of Motion for Reduction of Defendant's Sentence Pursuant to F.R.Cr.P. 35(b)", filed concurrently herein.

DATED:  Honolulu, Hawaii, October 3, 2006.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii


                                      By <u>/s/ Michael K. Kawahara</u>
                                          MICHAEL K. KAWAHARA
                                          Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Mr. Myles S. Breiner     mbreiner@hawaii.rr.com     October 3, 2006

   Attorney for defendant
   Gordon Lee Cox, II

Served by hand-delivery:

Probation Officer                                   October 3, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                                          /s/ Rowena N. Kang